| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>NOMINATION FILING | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Stivers, Greg N. | 2. Court or Organization<br><br>US District Court Western District of Kentucky | 3. Date of Report<br><br>06/23/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge | 5a. Report Type (check appropriate type)<br><br>✓ Nomination     Date 06/19/2014<br>☐ Initial    ☐ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>06/17/2014 |
| 7. Chambers or Office Address<br><br>William H. Natcher Building<br>200 East Main Street<br>Bowling Green, Kentucky 42101 | | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Kerrick Bachert Stivers PSC |
| 2. | Member | State Street Realty, LLC |
| 3. | President | ELL, Inc. |
| 4. | Director | Monticello Banking Comany |
| 5. | Director/Chair | WKU Research Foundation, Inc. |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✓   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | Kerrick Stivers Coyle, PLC- salary/bonus | $274,879.00 |
| 2. | 2012 | Monticello Banking Company, Inc.-director's fees | $3,500.00 |
| 3. | 2013 | Kerrick Stivers Coyle, PLC-salary/bonus | $183,744.00 |
| 4. | 2013 | Monticello Banking Company-director's fees | $3,500.00 |
| 5. | 2014 | Kerrick Bachert Stivers PSC (successor to Kerrick Stivers Coyle, PLC) - Salary | $74,423.00 |
| 6. | 2014 | Monticello Banking Company- director's fees | $750.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | BG/Warren County Convention and Visitor's Bureau-salary |
| 2. | 2013 | Creative Marketing Concepts- self-employed marketing manager |
| 3. | 2014 | BG/Warren County Convention and Visitor's Bureau-salary |
| 4. | 2014 | Creative Marketing Condepts- self-employed marketing manager |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Merrill Lynch | line of credit | K |
| 2. First Mark Services | student loan | J |
| 3. Great Lakes Borrower Services | student loan | L |
| 4. GMAC (now Ocwen) | Rental Property #1 (Part VII, Line 48) | L |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Abbott Labs stock | A | Dividend | J | T | Exempt | | | | |
| 2. Abbvie Inc. stock | A | Dividend | J | T | | | | | |
| 3. Alliance Bernstein Global Bond Fund | | None | L | T | | | | | |
| 4. AllianzGI NFJ Divident Interest & Premium Strategy Fund | B | Dividend | J | T | | | | | |
| 5. Altria Group Inc. stock | A | Dividend | J | T | | | | | |
| 6. Apple Inc. stock | C | Dividend | J | T | | | | | |
| 7. Apple Inc. options | A | None | J | T | | | | | |
| 8. Atmos Energy Corp stock | A | Dividend | J | T | | | | | |
| 9. BlackRock Equity Dividend Fund | A | Dividend | L | T | | | | | |
| 10. Cemex SAB de CV (ADR) | | None | J | T | | | | | |
| 11. Chevron Corp stock | B | Dividend | K | T | | | | | |
| 12. ClearBridge Large Cap Value Fund | A | Dividend | K | T | | | | | |
| 13. Colgate Palmolive stock | B | Dividend | L | T | | | | | |
| 14. CSX Corp stock | A | Dividend | J | T | | | | | |
| 15. DNP Select Income Fund Inc stock | C | Dividend | L | T | | | | | |
| 16. Ebay Inc stock | | None | J | T | | | | | |
| 17. Express Scripts Holding Co stock | | None | J | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4) A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3) J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000

3. Value Method Codes (See Column C2) Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
U =Book Value  V =Other  W =Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Fidelity New Insights Fund | | None | L | T | | | | | |
| 19. Fidelity Select Biotechnology Portfolio | A | Dividend | K | T | | | | | |
| 20. Fidelity Value Fund | C | Dividend | K | T | | | | | |
| 21. First Eagle Global Fund | C | Distribution | K | T | | | | | |
| 22. Hatteras Financial Corp stock | A | Dividend | | | | | | | |
| 23. Insmed | A | Dividend | J | T | | | | | |
| 24. Monsanto Co stock | A | Dividend | K | T | | | | | |
| 25. Openheimer Developing Markets Fund | A | Int./Div. | M | T | | | | | |
| 26. Oppenheimer Global Opportunities Fund | A | Int./Div. | M | T | | | | | |
| 27. Oppenheimer Small & Mid Cap Value | C | Dividend | J | T | | | | | |
| 28. Oppenheimer International Bond Fund | A | Int./Div. | K | T | | | | | |
| 29. Oppenheimer International Growth Fund | A | Int./Div. | M | T | | | | | |
| 30. Proctor & Gamble Co stock | A | Dividend | J | T | | | | | |
| 31. Royal Dutch Shell plc | A | Dividend | J | T | | | | | |
| 32. Target Corp stock | A | Dividend | | | | | | | |
| 33. The TJX Companies, Inc stock | A | Dividend | J | T | | | | | |
| 34. Thornburg International Growth Fund | A | Dividend | J | T | | | | | |

1. Income Gain Codes:  A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
                            P3 =$25,000,001 - $50,000,000                                P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   (See Column C2)    U =Book Value    V =Other    W =Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Vanguard Wellesley Income Fund | C | Dividend | L | T | | | | | |
| 36. Verizon Communications stock | A | Dividend | J | T | | | | | |
| 37. The Walt Disney Company | C | Dividend | J | T | | | | | |
| 38. Wells Fargo Large Company Growth Fund | A | Int./Div. | L | T | | | | | |
| 39. Blackacre Partners, LLC | | None | | | | | | | |
| 40. Clark County, Washington municpal bond | | None | K | T | | | | | |
| 41. ELL, Inc | D | Dividend | M | W | | | | | |
| 42. Harris County, Texas municipal bond | | None | K | T | | | | | |
| 43. Honeywell | A | Dividend | J | T | | | | | |
| 44. Monticello Banking Company | A | Dividend | J | T | | | | | |
| 45. Kerrick Bachert Stivers PSC | | None | J | T | | | | | |
| 46. Owensboro Kentucky Electric Light & Power municipal bond | | None | J | T | | | | | |
| 47. State Street Realty | F | Dividend | P1 | W | | | | | |
| 48. Rental property # 1 (Bowling Green,, Ky) | D | Rent | M | W | | | | | |
| 49. US Bank cash accounts | | None | J | T | | | | | |
| 50. Visa | A | Dividend | J | T | | | | | |
| 51. Merrill Lynch CMA | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stivers, Greg N. | 06/23/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII. Investments and Trusts, Line 39 - Blackacre Partners, LLC was dissolved on 4/18/2014. A final distribution of $8,800.00 was received on 4/15/14.
Section VII. Investments and Trusts, Line 45 - Kerrick Stivers Coyle, PLLC merged to form Kerrick Bachert Stivers PSC on 4/1/14. A note from Kerrick Bachert Stivers, PSC in the amount of $98,893 was recieved in lieu of a cash distribution.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Greg N. Stivers**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 40 | 256 | Notes payable to banks-secured (auto) | | 21 | 581 |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | | |
| Listed securities -- see schedule | 1 | 581 | 232 | Notes payable to relatives | | | |
| Unlisted securities -- see schedule | | 685 | 916 | Notes payable to others | | | |
| Accounts and notes receivable: | | 98 | 983 | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable -- see schedule | | 393 | 834 |
| Real estate owned -- see schedule | | 840 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 157 | 000 | Merrill-Lynch line of credit | | 32 | 835 |
| Cash value-life insurance | | | | Education Loans | | 102 | 229 |
| Other assets itemize: | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 550 | 479 |
| | | | | Net Worth | 2 | 852 | 908 |
| Total Assets | 3 | 403 | 387 | Total liabilities and net worth | 3 | 403 | 387 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | 68 | 257 | Are any assets pledged? (Add schedule) | Yes | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |